THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KURTIS LEE THOMAS; and BREATHWORK DETOX, INC,<br><br>Plaintiffs,<br><br>v.<br><br>CANDICE MARIE REBOLLO,<br><br>Defendant. | **CORRECTED[1]<br>JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:25-cv-00045-DN-PK<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT

Judgment is entered in favor of Plaintiffs Kurtis Lee Thomas and Breathwork Detox, Inc. and against Defendant Candice Marie Rebollo.

Plaintiffs Kurtis Lee Thomas and Breathwork Detox, Inc. are awarded $6,298,775.02 in compensatory damages against Defendant Candice Marie Rebollo. Plaintiff Kurtis Lee Thomas is awarded $1,200,000.00 in punitive damages against Defendant Candice Marie Rebollo. And Defendant Candice Marie Rebollo, and any person or entity acting in concert or participation with her, is permanently enjoined from:

1. Making, publishing, or disseminating, either directly or indirectly, any false or defamatory statements about Plaintiffs Kurtis Lee Thomas and Breathwork Detox, Inc., including but not limited to statements that Plaintiffs engage in criminal activity, sex trafficking, stalking, credit card fraud, sexual assault, cannibalism,

[1] This Corrected Judgment in a Civil Case corrects a clerical error in the name of the entity Plaintiff Breathwork Detox, Inc.

vampirism, pedophilia, or operate a criminal enterprise, or that Plaintiff Kurtis Lee Thomas is a "Satanist manipulator," part of a "death cult" or "dark brotherhood," or part of a "vast network of undergrounds criminals and practitioners who commit the fraud, spell casting, & hacking;"

2. Contacting, or attempting to contact, Plaintiffs Kurtis Lee Thomas and Breathwork Detox, Inc.'s current or prospective clients, students, investors, or business associates for any purpose related to the defamatory statements or for the purpose of interfering with Plaintiffs Kurtis Lee Thomas and Breathwork Detox, Inc.'s business relationships; and

3. Interfering, or attempting to interfere, with Plaintiffs Kurtis Lee Thomas and Breathwork Detox, Inc.'s business relationships or economic relations.

Signed September 8, 2026.

BY THE COURT

David Nuffer
United States District Judge